UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENDRICK E. DULDULAO,

    Plaintiff,

v.                                       CASE NO.: 8:11-cv-398-T-23MAP

ISLAND HOSPITALITY MANAGEMENT, INC.,
and GRAND PRIX NAPLES, LLC

    Defendants.
_____/

## ORDER

    The plaintiff sues the defendant hotel under the Americans with Disabilities Act. ("ADA")  The complaint alleges (1) that "all events giving rise to this lawsuit occurred in Collier County, Florida[,]" and (2) that "[v]enue is proper in this Court as the premises is located in Collier County in the Middle District."  (Doc. 1, Pages 2-3)  Local Rule 1.02(b)(5) states that Collier County is within the Fort Myers Division.  Accordingly, this action is **TRANSFERRED** to the Fort Myers Division of the United States District Court for the Middle District of Florida.

    ORDERED in Tampa, Florida, on March 2, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE