AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Island Hospitality Management, Inc.
was received by me on *(date)* 3/3/11

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CT Corp Reg Agent, who is
designated by law to accept service of process on behalf of *(name of organization)* Island
Hospitality Mangmt, Inc on *(date)* 3/7/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Plaintiff's Initial Discovery Requests

My fees are $ 10.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 3/7/11

_____
Server's signature

Perry Parang
Printed name and title

Jacksonville, Nam, Fla
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-CV-398-T-23MAP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

ISLAND HOSPITALITY MANAGEMENT, INC.,
a Florida corporation, d/b/a HAMPTON INN NAPLES-
CENTRAL, and GRAND PRIX NAPLES, LLC,
a Delaware limited liability company,

    Defendants.

                                    /

**SUMMONS IN A CIVIL ACTION**

SERVED
DATE 3/2/11
TIME 4:30 M
BY _____ CER# 47

TO: **ISLAND HOSPITALITY MANAGEMENT, INC., d/b/a HAMPTON INN,**

    **BY SERVING:**

    **REGISTERED AGENT**

    **C T CORPORATION SYSTEM**
    **1200 SOUTH PINE ISLAND ROAD**
    **PLANTATION, FLORIDA 33324**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

**B. Bradley Weitz, Esquire, The Weitz Law Firm P.A.**
**Bank of America Building, 18305 Biscayne Boulevard, Suite 214**
**Aventura, Florida 33160, Telephone: (305) 949-7777**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

FEB 2 5 2011
DATE

*Ariel Guzman*
SIGNATURE OF CLERK OR DEPUTY CLERK

23